Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | ALFRED J. GOMEZ, JR. |
| | aka ALFRED GOMEZ |
| Debtor 2 | DEBORAH S. BARTON |
| | aka DEBORAH STEPHANIE BARTON |
| | aka STEPHANIE S. GOMEZ |
| | aka STEPHANIE STEPHANIE GOMEZ |

(Spouse, if filing)

United States Bankruptcy Court for the District of NEVADA

Case number <u>19-13517-abl</u>

## Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges     12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** <u>MTGLQ INVESTORS, L.P.</u>     **Court claim no**. (if known): <u>18-1</u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>7637</u>

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No

☐ Yes. Date of the last notice:

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | **Description** | **Date Incurred** | | **Amount** |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | 07/25/2019 (Plan Review) | (5) | $350.00 |
| | | 08/05/2019 (Proof of Claim) | | $300.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Proof of Claim 410A | 08/05/2019 | (11) | $250.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2     **Notice of Postpetition Mortgage Fees, Expenses, and Charges**     page 1

**Part 2:** **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Darrelyn Thomas
Signature

Date  10/23/2019

Print  Darrelyn Thomas
   First Name   Middle Name   Last Name

Title  Bankruptcy Attorney

Company  RAS Crane, LLC

Address  10700 Abbott's Bridge Road, Suite 170
   Number   Street

Duluth, GA 30097
City   State   ZIP Code

Contact Phone  470-321-7112

Email  dthomas@rascrane.com

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on  October 24, 2019                                                ,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

XENOPHON PETERS
PETERS & ASSOCIATES, LLP
6173 S. RAINBOW BLVD.
LAS VEGAS, NV 89118

ALFRED J. GOMEZ, JR.
DEBORAH S. BARTON
1702 TARAWAY DR.
HENDERSON, NV 89012

KATHLEEN A. LEAVITT
711 SOUTH 4TH ST SUITE # 101
LAS VEGAS, NV 89101

                RAS Crane, LLC
                Authorized Agent for Secured Creditor
                10700 Abbott's Bridge Road, Suite 170
                Duluth, GA 30097
                Telephone: 470-321-7112
                Facsimile: 404-393-1425

            By:  /s/Nickele Stone                
                Nickele Stone
                nstone@rascrane.com